ALBRIGHT, PERSONALLY AND AS ADMX., ET AL. *v.*
CARNAHAN, GUARDIAN.

[No. 1067S106. Filed October 17, 1967. Rehearing denied
November 13, 1967.]

*Beckman, Rotruck, Schuyler and LaPierre,* and *Peck, Scott
& Shine,* of counsel, *Billie W. C. Schuyler, John E. Scott,* all of
Anderson, for appellants.

*Frank E. Spencer,* of Indianapolis, *Schrenker & Anderson,
Paul E. Schrenker,* of Anderson, *Rothberg, Gallmeyer,
Fruechtenicht & Logan,* of Fort Wayne, for appellee.

PER CURIAM.—This case comes to us on transfer from the
Appellate Court of Indiana. (See opinion reported in 226
N. E. 2d 165)

It is an action for the partition of certain real estate. The
parties entered into certain stipulations, but there is a dis-
agreement on appeal as to certain amendments to these stipu-
lations. The appeal also reveals an ambiguity in the wording
of the stipulations. The trial court granted judgment for the

appellee. The Appellate Court reversed the judgment, with directions to enter judgment for the appellants.

The appellee contends this is improper because she has additional and new evidence to present on a new trial. Because of the controversy over the stipulations, we feel that the ends of justice will be best served if a new trial were granted and the parties given an opportunity also to introduce additional evidence.

Accordingly, this cause is transferred to this Court, and judgment is reversed, with directions to the trial court to vacate the stipulations of the parties heretofore made, and to grant the parties a new trial.

Hunter, C. J., not participating.

NOTE.—Reported in 230 N. E. 2d 314.